THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RONNIE MAXWELL, on behalf of himself and others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> REMINGTON ARMS COMPANY, INC., <br><br> Defendant.. | Case No: 1:10-CV-00918 |

## CONSENT ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

WHEREAS the Defendant Remington Arms Company, Inc. has moved this Court for an extension of time to respond to Plaintiff's First Amended Complaint in the above-captioned action, and it appearing that Plaintiff has consented thereto and for good cause shown;

It is hereby ORDERED that the motion is GRANTED and that Remington Arms Company, Inc. shall have up and including January 20, 2011 to file and serve its Response to Plaintiff's First Amended Complaint.

_____
United States District Court Judge