THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RONNIE MAXWELL, on behalf of himself and other similarly situated, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>REMINGTON ARMS COMPANY, INC., )<br>)<br>Defendant, )<br>_____ | Case No.: 1:10-cv-00918 |

**NOTICE OF SPECIAL APPEARANCE**
**OF ANNE E. COHEN FOR DEFENDANT**

The undersigned hereby gives notice of the Special Appearance of Anne E. Cohen, an attorney with the law firm of Debevoise & Plimpton, LLP located in New York, New York, as counsel on behalf of Defendant Remington Arms Company, Inc. Ms. Cohen is a member in good standing of the bar of the State of New York. Ms. Cohen appears in association with co-counsel, Frederick W. Rom, who is a member in good standing with this Court. By entering this Special Appearance, Ms. Cohen agrees to the provision of Rule 83.1(d) of the Local Rules of the United States District Court for the Middle District of North Carolina.

This 4th day of February, 2011.

/s/ Frederick W. Rom
Frederick W. Rom (North Carolina Bar No. 26675)
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601
Telephone: (919) 755-8153
Facsimile: (919) 484-2073
Email: from@wcsr.com
***Attorneys for Remington Arms Company, Inc.***

*Of Counsel:*

Dale G. Wills, Esq.
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, Illinois 60611
Telephone: (312) 321-9100
Facsimile: (312) 321-0990
Email: dwills@smbtrials.com

Anne E. Cohen, Esq.
Debevoise & Plimpton, LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6078
Facsimile: (212) 909-6836
Email: aecohen@debevoise.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 4th, 2011, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Gary K. Shipman
    William G. Wright
    Shipman & Wright, LLP
    575 Military Cutoff Road, Suite 106
    Wilmington, North Carolina 28405
    *Attorneys for Plaintiff*

And via First Class U.S. Mail, postage prepaid to:

    Benjamin R. Bingham
    Bingham & Lea, P.C.
    319 Maverick Street
    San Antonio, Texas 78212
    *Attorneys for Plaintiff*

    /s/ Frederick W. Rom
    Frederick W. Rom (North Carolina Bar No. 26675)
    WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
    150 Fayetteville Street, Suite 2100
    Raleigh, North Carolina 27601
    Telephone: (919) 755-8153
    Facsimile: (919) 484-2073
    Email: from@wcsr.com
    *Attorneys for Remington Arms Company, Inc.*

WCSR 4531503v1