**UNITED STATES DISTRICT COURT**
**FOR THE**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| RONNIE MAXWELL, on behalf of himself and others similarly situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>REMINGTON ARMS COMPANY, INC.,<br><br>　　　　Defendant. | Civil Action No.: 1:10-CV-00918-UA-LPA<br><br>**CERTIFICATE OF SERVICE** |

This is to certify that on this date I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel and by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

　　Frederick W. Rom., State Bar #26675
　　WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
　　150 Fayetteville Street, Suite 2100
　　Raleigh, NC 27601
　　Telephone: (919) 755-8153
　　Email: from@wcsr.com

Respectfully submitted this the 15th day of February, 2011.

　　　　　　　　　　　　　　　　　　**SHIPMAN & WRIGHT, L.L.P.**

　　　　　　　　　　　　　　　　　　/s/William G. Wright
　　　　　　　　　　　　　　　　　　**GARY K. SHIPMAN**
　　　　　　　　　　　　　　　　　*gshipman@shipmanlaw.com*
　　　　　　　　　　　　　　　　　NC State Bar No.: 9464
　　　**WILLIAM G. WRIGHT**
　　　　　　　　　　　　　　　　　　*wwright@shipmanlaw.com*
　　　　　　　　　　　　　　　　　　NC State Bar No.: 26981
　　　　　　　　　　　　　　　　　　575 Military Cutoff Road, Suite 106
　　　　　　　　　　　　　　　　　　Wilmington, North Carolina 28405
　　　　　　　　　　　　　　　　　　Telephone: (910) 762-1990
　　　　　　　　　　　　　　　　　　Facsimile:  (910) 762-6752

Benjamin R. Bingham
Texas State Bar No. 02322350
**Bingham & Lea, P.C.**
319 Maverick Street
San Antonio, Texas 78212
Telephone: (210) 224-2885
Facsimile: (210) 224-0141
*ben@binghamandlea.com*

***Attorneys for Plaintiff***