THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

No. 1:10-cv-00918

| | |
|---|---|
| RONNIE MAXWELL, on behalf of himself and other similarly situated, ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | **NOTICE OF SPECIAL APPEARANCE** |
| REMINGTON ARMS COMPANY, INC., ) ) | |
| Defendant, ) ) | |

NOW COMES James B. Vogts of Swanson, Martin & Bell LLP, admitted to practice in the state of Illinois, a member in good standing with the state courts of Illinois, and a member in good standing with The United States District Court for the Northern District of Illinois, The United States District Court for the Eastern District of Wisconsin and The United States Court of Appeals for the Seventh Circuit, The United States Court of Appeals for the Federal Circuit, The United States Court of Appeals for the District of Columbia, and The United States Court of Appeals for the First Circuit. Mr. Vogts files this entry of special appearance as counsel for Defendant Remington Arms Company, LLC, in the above-captioned case. Mr. Vogts appears in association with Frederick W. Rom, attorney with the law firm of Womble Carlyle Sandridge & Rice, LLP, who is a member in good standing of this Court.

This the 11th day of June, 2012.

                                         Respectfully submitted,

                                         /s/ James B. Vogts
                                         James B. Vogts (Bar No. 6188442)
                                         Swanson, Martin & Bell LLP
                                         330 N. Wabash Ave., Suite 3300
                                         Chicago, Illinois 60611

(312) 222-8517
jvogts@smbtrials.com

and

 /s/ Frederick W. Rom
Frederick W. Rom (North Carolina Bar No. 26675)
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601
Telephone:  (919) 755-8153
Facsimile:  (919) 484-2073
Email:  from@wcsr.com

*Attorneys for Defendant Remington Arms Company, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on June 11th, 2012, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

*Attorneys for Plaintiffs*

**GARY K. SHIPMAN**
SHIPMAN & WRIGHT, LLP
575 MILITARY CUTOFF RD., STE. 106
WILMINGTON, NC 28405

**WILLIAM GRAINGER WRIGHT , SR.**
SHIPMAN & WRIGHT, LLP
575 MILITARY CUTOFF RD., STE. 106
WILMINGTON, NC 28405

*Attorneys for Defendant Remington Arms Company, LLC*

**DALE G. WILLS**
MARTIN & BELL, LLP
330 N. WABASH, STE. 3300
CHICAGO, IL 60611

**ANDREW A. LOTHSON**
SWANSON MARTIN & BELL, LLP
330 N. WABASH, STE. 3300
CHICAGO, IL 60611

　　　　　　　　　　　　　　　　　　　　/s/ James B. Vogts
　　　　　　　　　　　　　　　　　　　James B. Vogts (Bar No. 6188442)
　　　　　　　　　　　　　　　　　　　Swanson, Martin & Bell LLP
　　　　　　　　　　　　　　　　　　　330 N. Wabash Ave., Suite 3300
　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60611
　　　　　　　　　　　　　　　　　　　(312) 222-8517
　　　　　　　　　　　　　　　　　　　jvogts@smbtrials.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Remington Arms Company, LLC*