THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

No. 1:10-cv-00918

| | |
|---|---|
| RONNIE MAXWELL, on behalf of himself and other similarly situated, ) ) ) Plaintiffs, ) ) vs. ) ) REMINGTON ARMS COMPANY, INC., ) ) Defendant, ) ) | **NOTICE OF SPECIAL APPEARANCE** |

NOW COMES Andrew A. Lothson of Swanson, Martin & Bell LLP, admitted to practice in the state of Illinois, a member in good standing with the state courts of Illinois, and a member in good standing with The United States District Court for the Northern District of Illinois and The United States District Court for the District of Colorado. Mr. Lothson files this entry of special appearance as counsel for Defendant Remington Arms Company, LLC, in the above-captioned case. Mr. Lothson appears in association with Frederick W. Rom, attorney with the law firm of Womble Carlyle Sandridge & Rice, LLP, who is a member in good standing of this Court.

This the 11th day of June, 2012.

Respectfully submitted,

 /s/ Andrew A. Lothson
Andrew A. Lothson (Bar No. 6297061)
Swanson, Martin & Bell, LLP
330 North Wabash, Suite 3300
Chicago, Illinois 60611
(312) 923-8274
(312) 321-0990 – fax
alothson@smbtrials.com

and

*/s/ Frederick W. Rom*
Frederick W. Rom (North Carolina Bar No. 26675)
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601
Telephone:  (919) 755-8153
Facsimile:  (919) 484-2073
Email:  from@wcsr.com

***Attorneys for Defendant Remington Arms Company, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on June 11th, 2012, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

*Attorneys for Plaintiffs*

**GARY K. SHIPMAN**
SHIPMAN & WRIGHT, LLP
575 MILITARY CUTOFF RD., STE. 106
WILMINGTON, NC 28405

**WILLIAM GRAINGER WRIGHT , SR.**
SHIPMAN & WRIGHT, LLP
575 MILITARY CUTOFF RD., STE. 106
WILMINGTON, NC 28405

*Attorneys for Defendant Remington Arms Company, LLC*

**DALE G. WILLS**
MARTIN & BELL, LLP
330 N. WABASH, STE. 3300
CHICAGO, IL 60611

**JAMES B. VOGTS**
SWANSON MARTIN & BELL, LLP
330 N. WABASH, STE. 3300
CHICAGO, IL 60611

/s/ Andrew A. Lothson
Andrew A. Lothson (Bar No. 6297061)
Swanson, Martin & Bell, LLP
330 North Wabash, Suite 3300
Chicago, Illinois 60611
(312) 923-8274
(312) 321-0990 – fax
alothson@smbtrials.com

*Attorneys for Defendant Remington Arms Company, LLC*