IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| RONNIE MAXWELL, on behalf of himself and others similarly situated, | § § § § § | |
| Plaintiffs, | | |
| V. | § § § § § § | CIVIL ACTION NO. 1:10-CV-00918 |
| REMINGTON ARMS COMPANY, INC., | | |
| Defendant. | | |

## NOTICE OF APPEARANCE

NOW COMES Benjamin R. Bingham, authorized to practice in this court, and appears in this case as counsel for Plaintiffs.

        Respectfully submitted,

        BINGHAM & LEA, P.C.
        319 Maverick Street
        San Antonio, Texas 78212
        (210) 224-1819 Telephone
        (210) 224-0141 Facsimile
        ben@binghamandlea.com

        By: /s/ Benjamin R. Bingham
            Benjamin R. Bingham
            (TX Bar No. 02322350)

*COUNSEL FOR PLAINTIFFS*

# CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of June, 2012, a true and correct copy of the above and foregoing Notice of Appearance has been served by CM/ECF to the following parties:

Gary K. Shipman
Shipman & Wright, LLP
575 Military Cutoff Rd., Ste. 106
Wilmington, NC 28405
(910) 762-1990
(910) 762-6752 (fax)

*Counsel for Plaintiff*

Frederick Rom
Womble Carlyle Sandridge & Rice
POB 13069
Research Triangle Park, NC 27709
(919) 755-8153
(919) 484-2073 (fax)

*Counsel for Defendant*

James B. Vogts
Martin & Bell, LLP
330 N. Wabash, Ste. 3300
Chicago, IL 60611
(312) 923-8274
(312) 321-9100 (fax)

*Counsel for Defendant*

William Grainger Wright, Sr.
Shipman & Wright, LLP
575 Military Cutoff Rd., Ste. 106
Wilmington, NC 28405
(910) 762-1990
(910) 762-6752 (fax)

*Counsel for Plaintiff*

Andrew A. Lothson
Martin & Bell, LLP
330 N. Wabash, Ste. 3300
Chicago, IL 60611
(312) 923-8274
(312) 321-9100 (fax)

*Counsel for Defendant*

/s/ Benjamin R. Bingham
Benjamin R. Bingham