**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:10-CV-00918-UA-LPA**

RONNIE MAXWELL, on behalf of himself
and others similarly situated,

        Plaintiff,

v.

REMINGTON ARMS COMPANY, INC.,

        Defendant.

**CERTIFICATE OF SERVICE**

        The undersigned hereby certifies that on the 11th day of July, 2012, he filed and served **ADDITIONAL ATTACHMENTS (DOC #28 & #29) TO THE REPLY MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE CLASS CERTIFICATION** (DOC #27) via the Court's official electronic filing site.

        The undersigned is informed and believes that all parties entitled to Notice did receive this Notice of this filing via the Court's electronic distribution system pursuant to Rule 5 of the Federal Rules of Civil Procedure on or about the 11th day of July, 2012.

        Respectfully submitted this the 12th day of July, 2012.

                             **SHIPMAN & WRIGHT, LLP**

                        By:    /s/William G. Wright
                                 Gary K. Shipman (NC Bar #9464)
                                 *gshipman@shipmanlaw.com*
                                 William G. Wright (NC Bar #26891)
                                 *wwright@shipmanlaw.com*
                                 575 Military Cutoff Road, Suite 106
                                 Wilmington, North Carolina 28405
                                 Telephone: (910) 762-1990
                                 Facsimile:  (910) 762-6752

**BINGHAM & LEA, P.C.**

Benjamin R. Bingham
*ben@binghamandlea.com*
Texas State Bar No. 02322350
319 Maverick Street
San Antonio, Texas 78212
Telephone: (210) 224-2885
Facsimile: (210) 224-0141

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing **<u>CERTIFICATE OF SERVICE</u>** is being filed and served via the Court's official electronic filing site.

The undersigned is informed and believes that all parties entitled to Notice will receive this Notice of this filing via the Court's electronic distribution system pursuant to Rule 5 of the Federal Rules of Civil Procedure.

This the 12th day of July, 2012.

/s/ William G. Wright<br>
William G. Wright