

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

POST OFFICE BOX 21345
GREENSBORO, NORTH CAROLINA 27420

WILLIAM L. OSTEEN, JR.
CHIEF UNITED STATES DISTRICT JUDGE

TELEPHONE (336) 332-6090
FAX (336) 332-6095

FILED
JAN 17 2013
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N.C.
By _____

Dear Counsel:

Ronnie Maxwell v. Remington Arms Company, Inc.
1:10CV918

The above-entitled case has been randomly selected from the combined dockets of all district judges and administratively assigned to Magistrate Judge Auld to conduct all pretrial proceedings, including recommendation on dispositive motions. Because of the dramatic increase in the number of criminal cases in recent years, district judges have had to give priority to the criminal docket as required by law. Under these circumstances, your case can experience a significant delay, which can result in cost increases, before it can be tried by a district judge. Congress' enactment of the Civil Justice Reform Act has required the court to give increased attention to addressing costs and delays in resolving civil disputes. The Judicial Conference of the United States has encouraged the designation of magistrate judges to conduct all proceedings in civil cases, both jury and non-jury.

Magistrate Judges L. Patrick Auld, Joi Elizabeth Peake, and Joe L. Webster all are well qualified to handle civil cases from discovery through dispositive motions and trial. Trial before a magistrate judge, in addition to an earlier trial date, will also enable the court to give counsel and the parties a special setting. Appeal from a judgment entered by a magistrate judge will be to the Court of Appeals for the Fourth Circuit.

If your client, after consultation with you, consents to the trial jurisdiction of the magistrate judge, please return the enclosed consent form to the Clerk's Office within thirty (30) days. Cases in which consent is not given will nevertheless be first considered by the magistrate judge, who will make rulings or recommendations on all motions, including dispositive ones. You are required by law to communicate your decision to the Clerk. 28 U.S.C. § 636(c)(2). Accordingly, the Clerk may contact you if you have not responded within 30 days.

Very truly yours,

William L. Osteen, Jr.
William L. Osteen, Jr.
Chief Judge

Enclosure

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RONNIE MAXWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Docket No: 1:10cv918 |
| ) | |
| REMINGTON ARMS COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

## CONSENT TO JURISDICTION BY A
## UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28 U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including trial, entry of a final judgment, and ruling on post-judgment matters. An appeal from a judgment entered by a magistrate judge may be taken directly to the United States court of appeals for this judicial circuit in the same manner as any appeal from any other judgment of a district court.

_____    _____
            Date                                Signature


_____    _____
            Date                                Signature

NOTE: Return this form to the Clerk of the Court if you consent to jurisdiction by a magistrate judge. Do not send a copy of this form to any district judge or magistrate judge.

## NOTICE OF RIGHT TO CONSENT TO THE
## EXERCISE OF CIVIL JURISDICTION BY A MAGISTRATE JUDGE

In accordance with the provisions of Title 28 U.S.C. § 636(c), you are hereby notified that a United States magistrate judge of this district court is available to exercise the court's jurisdiction and to conduct any or all proceedings in this case including a jury or nonjury trial, and entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge may be taken directly to the United States court of appeals for this judicial circuit in the same manner as any appeal from any other judgment of a district court.

Copies of the Form for the "Consent to Jurisdiction by a United States Magistrate Judge" are available from the clerk of court.