# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

Ronnie Maxwell

    v.                                        Case Number: 1:10CV00918

Remington Arms Company, Inc.

# N O T I C E

Take notice that a proceeding in this case has been **set**/reset as indicated below:

           PLACE:    U.S. Post Office Building
                                323 E. Chapel Hill St., Durham, NC
COURTROOM NO.:    Second Floor Courtroom
 DATE AND TIME:    June 19, 2013 at 9:30 am
     PROCEEDING:    Oral Argument/Status Conference on all pending motions

_____

John S. Brubaker, Clerk

By: /s/ Kimberly Garrett, Deputy Clerk

Date: April 25, 2013

TO:    ALL COUNSEL AND/OR PARTIES OF RECORD