IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WILLIAM S. YANCEY, individually and on behalf of others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>REMINGTON ARMS COMPANY, LLC and )<br>FEDERAL CARTRIDGE COMPANY, )<br>)<br>Defendants. ) | Civil Action No.: 1:12-CV-477 |
| DAVID C. HENDERSON, individually and on behalf of others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>REMINGTON ARMS COMPANY, LLC )<br>)<br>Defendant. ) | Civil Action No.: 1:12-CV-437 |
| RONNIE MAXWELL, on behalf of himself and others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>REMINGTON ARMS COMPANY, INC., )<br>)<br>Defendant. ) | Civil Action No.: 1:10-CV-918 |

# PLAINTIFFS' OBJECTION TO MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Pursuant to Fed. R. Civ. P. 72(b) and 28 U.S.C.A. § 636(b)(1), Plaintiff Ronnie Maxwell submits his written objections to Magistrate Judge Joe L. Webster's Memorandum Opinion and Recommendation of September 30, 2013, recommending granting Defendant Remington's Motion to Dismiss for failure to state a claim, granting Defendant Federal Cartridge's Motion to Dismiss or failure to state a claim, and further recommending that the Plaintiffs' Motions for Extension of Time to file class certification and Joint Motion for leave to file an Amended Consolidated Complaint be denied as moot.[1] Plaintiff objects to the Magistrate Judge's recommendation because: (1) the Magistrate Judge erred in holding that reliance is required for Plaintiff's breach of express warranty, and that Plaintiff failed to plead he relied on Remington's advertisements in purchasing the subject rifles; and (2) the Magistrate Judge further erred in holding Plaintiff has not plead an Unfair and Deceptive Trade Practice Act ("UDTPA") claim. Although Plaintiff was not required to plead reliance for his breach of express warranty claim, he did adequately do so. Similarly, Plaintiff did plead all of the required elements for a UDTPA claim including aggravating factors of both unfairness and deception in addition to his breach of warranty claim that are sufficient to satisfy the requirements for his UDTPA claim. In further support, Plaintiff submits herewith his Memorandum of Law in which these objections are made with specificity.

---

[1] Plaintiffs David C. Henderson and William S. Yancey have settled their claims against Defendant Remington Arms Company, Inc. ("Remington") and Ammunition Accessories, Inc. and will be filing a stipulation of dismissal once the settlement documents are finalized and executed. Accordingly, this Objection will focus solely upon the Magistrate's rulings concerning Mr. Maxwell's claims against Defendant Remington.

Respectfully submitted this the 17th day of October, 2013.

                           **SHIPMAN & WRIGHT, LLP**

       By:   /s/William G. Wright
                 Gary K. Shipman (NC Bar #9464)
                 *gshipman@shipmanlaw.com*
                 William G. Wright (NC Bar #26891)
                 *wwright@shipmanlaw.com*
                 575 Military Cutoff Road, Suite 106
                 Wilmington, North Carolina 28405
                 Telephone: (910) 762-1990
                 Facsimile: (910) 762-6752

                 **BINGHAM & LEA, P.C.**

                 Benjamin R. Bingham
                 *ben@binghamandlea.com*
                 Texas State Bar No. 02322350
                 319 Maverick Street
                 San Antonio, Texas 78212
                 Telephone: (210) 224-2885
                 Facsimile: (210) 224-0141

                 **BOLEN, ROBINSON & ELLIS, LLP**

                 Jon D. Robinson, IL ARDC #02356678
                 *jrobinson@brelaw.com*
                 Christopher M. Ellis, IL ARDC #06274872
                 *cellis@brelaw.com*
                 202 South Franklin Street, 2nd Floor
                 Decatur, Illinois 62523
                 Telephone: (217) 429-4296
                 Facsimile: (217) 329.0034

HOLLAND, GROVES, SCHNELLER
& STOLZE, LLC

Eric D. Holland, #39935MO
*eholland@allfela.com*
R. Seth Crompton, #57448MO
*scrompton@allfela.com*
350 N. Tucker, Suite 801
St. Louis, Missouri 63101
Telephone: (314) 241-8111
Facsimile: (314) 241-5554
Telephone:  (314) 241-8111

***Attorneys for Plaintiffs***

# CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of October, 2013, I electronically filed the foregoing Plaintiffs' Objection to Magistrate Judge's Memorandum and Recommendation using the CM/ECF system which will send notification of such filing to the Defendants through its attorneys.

The undersigned is informed and believes that all parties entitled to Notice will receive this Notice of this filing via the Court's electronic distribution system pursuant to Rule 5 of the Federal Rules of Civil Procedure.

This the 17th day of October, 2013.

          **SHIPMAN & WRIGHT, LLP**
          Attorneys for Plaintiff

    By:    /s/William G. Wright
          **WILLIAM G. WRIGHT**
          N.C. Bar No.: 26891
          575 Military Cutoff Road, Suite 106
          Wilmington, NC 28405
          Telephone: 910-762-1990
          Facsimile: 910-762-6752
          E-mail: wwright@shipmanlaw.com