# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| WILLIAM S. YANCEY, individually and on behalf of others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:12-cv-477 |
| REMINGTON ARMS COMPANY, LLC and FEDERAL CARTRIDGE COMPANY, | ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| DAVID C. HENDERSON, individually and on behalf of others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:12-cv-437 |
| REMINGTON ARMS COMPANY, LLC, | ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| RONNIE MAXWELL, on behalf of himself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:10-cv-918 |
| REMINGTON ARMS COMPANY, LLC, | ) ) | |
| Defendant. | ) | |

**STIPULATION TO DISMISS**

Plaintiff, WILLIAM S. YANCEY, and defendants, REMINGTON ARMS COMPANY, LLC and FEDERAL CARTRIDGE COMPANY, by their undersigned attorneys, hereby stipulate and agree that Plaintiff Yancey's complaint (Yancey Docket #1) shall be dismissed in its entirety, with prejudice, the parties to bear their own respective costs.

*/s/ Jon D. Robinson*
Jon D. Robinson
BOLEN, ROBINSON & ELLIS, LLP
202 South Franklin Street
2nd Floor
Decatur, Illinois 62523
(217) 429-4296

Attorney for Plaintiff,
WILLIAM S. YANCEY


*/s/ Dale G. Wills*
Dale G. Wills
SWANSON, MARTIN & BELL, LLP
330 North Wabash Avenue
Suite 3300
Chicago, Illinois 60611
(312) 923-8266

Attorney for Defendant,
REMINGTON ARMS COMPANY, LLC


*/s/ George W. Soule*
George W. Soule
BOWMAN AND BROOKE LLP
150 South Fifth Street
Suite 3000
Minneapolis, Minnesota 55402
(612) 339-8682

Attorney for Defendant,
FEDERAL CARTRIDGE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2013, I electronically filed the foregoing **Stipulation To Dismiss** with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record for each party.

/s/ Dale G. Wills
Dale G. Wills

*Attorney for Defendant*
*Remington Arms Company, LLC*