# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WILLIAM S. YANCEY, individually and on behalf of others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:12-cv-477 ) |
| REMINGTON ARMS COMPANY, LLC and FEDERAL CARTRIDGE COMPANY, | ) ) ) |
| Defendants. | ) |

| | |
|---|---|
| DAVID C. HENDERSON, individually and on behalf of others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:12-cv-437 ) |
| REMINGTON ARMS COMPANY, LLC, | ) ) |
| Defendant. | ) |

| | |
|---|---|
| RONNIE MAXWELL, on behalf of himself and others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:10-cv-918 ) |
| REMINGTON ARMS COMPANY, LLC, | ) ) |
| Defendant. | ) |

## **STIPULATION TO DISMISS**

Plaintiff, DAVID C. HENDERSON, and defendant, REMINGTON ARMS COMPANY, LLC, by their undersigned attorneys, hereby stipulate and agree that Plaintiff Henderson's complaint (Henderson Docket #1) shall be dismissed in its entirety, with prejudice, the parties to bear their own respective costs.

/s/ Jon D. Robinson
Jon D. Robinson
BOLEN, ROBINSON & ELLIS, LLP
202 South Franklin Street
2nd Floor
Decatur, Illinois 62523
(217) 429-4296

Attorney for Plaintiff,
DAVID C. HENDERSON


/s/ Dale G. Wills
Dale G. Wills
SWANSON, MARTIN & BELL, LLP
330 North Wabash Avenue
Suite 3300
Chicago, Illinois 60611
(312) 923-8266

Attorney for Defendant,
REMINGTON ARMS COMPANY, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2013, I electronically filed the foregoing **Stipulation To Dismiss** with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record for each party.

*/s/ Dale G. Wills*
Dale G. Wills

*Attorney for Defendant*
*Remington Arms Company, LLC*